**Rock TUFARO, Plaintiff–Appellant,**

v.

**BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT; Thaddeus Petit, Officer, Craig Robinson, Officer, Defendants.**

No. 04–30280.

United States Court of Appeals, Fifth Circuit.

Decided July 16, 2004.

Berit Catherine Hanna, James Minge & Associates, New Orleans, LA, for Plaintiff–Appellant.

Before REAVLEY, JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed and the court's denial of leave to amend is approved for reasons given by that court in its Order and Reasons of October 3, 2003.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.